0UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **Ronald Reichert** ) | |
| ) | **Case No.  05-65538** |
| **Debtor** ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $80.89 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Illinois Kid Wrestling Fed filed a Proof of Claim c/o Thomas Rucinski on November 4, 2005 in the amount of $206,646.40.

3. That your Trustee attempted to send payment on said claim in October of 2009 in the amount of $80.89 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $80.89 into U.S. Treasury Fund 6047BK on behalf of Illinois Kid Wrestling Fed c/o Thomas Rucinski whose last known address was 5832 Hohman Avenue, Hammond, IN 46320.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the debtor's attorney and the U.S. Trustee electronically and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Ronald Reichert, 14810 West 185th Avenue, Lowell, IN 46356