UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **Ronald Reichert** ) | |
| ) | **Case No. 05-65538** |
| **Debtor** ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit $375.63 into U. S. Treasury Fund 6047BK for the following reason:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Illinois Kid Wrestling Federation filed a Proof of Claim on November 4, 2005 in the amount of $206,646.40.

3. That the Trustee sent payment and said payment in the amount of $375.63 in December of 2009 which remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $375.63 into U.S. Treasury Fund 6047BK on behalf of creditor Illinois Kid Wrestling Federation whose last known address was c/o Thomas Rucinski, 5832 Hohman Avenue, Hammond, IN 46320.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010 service of a true and complete copy of the above and foregoing pleading was sent electronically to the U.S. Trustee and the attorney for the Debtor and mailed by first class mail, postage prepaid, to the debtors at the following address:

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410
219-650-4015

Distribution:

Ronald Reichert, 14810 West 185th Avenue, Lowell, IN 46356