UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **Ronald Reichert** ) | |
| ) | **Case No.  005-65538** |
| Debtor ) | |

**NOTICE FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit $329.32  into U. S. Treasury Fund 6047BK for the following reason:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Illinois Kid Wrestling Federation filed a  Proof of Claim c/o Thomas Rucinski on November 4, 2005.
3. That the Trustee sent payment and said payment in the amount of $329.32 in January 2010 which remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $329.32 into U.S. Treasury Fund 6047BK on behalf of creditor Illinois Kid Wrestling Federation c/o Thomas Rucinski whose last known address was 5832 Hohman Avenue, Hammond, IN 46320.

    /s/   Paul R. Chael
    Paul R. Chael, Trustee
    Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2010 service of a true and complete copy of the above and foregoing pleading was sent electronically to the U.S. Trustee and the attorney for the Debtor and mailed by first class mail, postage prepaid,  to the debtors at the following address:

    /s/   Paul R. Chael
    Paul R. Chael, Chapter 13 Trustee
    401 West 84th Drive, Suite C
    Merrillville, IN 46410
    219-650-4015

Distribution:

Ronald Reichert, 14810 West 185th Avenue, Lowell, IN 46356